FILED

2021 JAN 22 PM 3:50

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~SOUTHERN~~ CENTRAL DISTRICT OF FLORIDA

Frank H Brett

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. 8:21 CV175 T 36 AAS
(to be filled in by the Clerk's Office)

Jury Trial: ☒ Yes ☐ No
(check one)

85. U.S. Marshalls Black Men at Entry of TAMPA Fla Court House

-against-

#1. President Donald Trump
#2. Attorney General William Barr
#3. [illegible]
#4. Bill Barone

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)
"See Attached"

#5. Bridget Ann Kelly
#6. Attorney Dermond Eskmann
#7. David Fox
#8. Bishop Gerald Barbito and 100 Catholic Monsignors Lied. John McCormack Hethollare Priest Clemons, Monsignor Murry, Monsignor Tobin Monsignor Martin, Monsignor Gonzalez, Monsignor Papas
Cardinal Anthony Bevilaqua Ringali and Hortpartt.

#69. Arbos Dannon
#70. Steve Dannon
#71. Roger Stone
#72. Roger Stone Cousin [illegible]
#73. MR. UR Ban
#74. Secretary of State
#75. Stephie Bingham Lepeto 20's yrs old Cousin
76. Emily Lepeto
77. Emily Cleeke
78. MRS. Dewine
79. Casey Overturf
80. Mike Overturf
81. Eileen Overturf
82. Steve [illegible]
83. [illegible]
84. [illegible] Soto Cousin

#9. Bill Nawity
#10. David Wildstein
#11. MRS. Light - 20's yrs old, UHaul Arizona AGG703
#12. (FBI) Federal Bureau of Investigations officers MR. Sweeney, Mike Collins, Mike Hairston, IRISH woman and MR. Pagent From Pompano Beach Fla
#13. BRendan Brett and DAN Brett and Marie-Paralegal
#14. Charlie Brett
#15. Jerry Brett
#16. John Morgan Law Firm
#17. Marlon Miller - U.S. Customs Agent
#18. Joe Antee Gany - (Falcon)
#19. Paul Johnson
#20. Paul Johnson - 20's yrs old cousin
#21. Jim Hodge
#22. [illegible] Hutne
23. Barry Knight
24. Floyd Wheeler
25. Ken Hall - Boss - Orlando Rescue Mission
26. Bill Christensen - New Boss of Bethesda Mission
27. Doug Barger - old Boss of Bethesda Mission

I.F.P

28. Robert Rockwell
29. Lewis Vasquez
30. Mr Guzman
31. Melinda Bosh
32. Cita Mission - Mr. Service - Boss
33. Marie Mack David
34. Marie Mack David - Cousin Female - 30's yrs old
35. MR. CRittendan - (MR. Man) in Orlando 7/13/21 United Airlines
36. MRS Etta - Jewish old woman
37. Jim Myers
38. Jim Hoffman
39. MRS. Lapeta
40. Jim Hoffmans 50's yrs. old cousin Lived in woods
41. Bernice Carter
42. Bill Nawity
43. Christ Church - United Methodist Church - Lois Guadalupe Rev. Phil + Brett + Staff - [illegible]
44. MRS. Powell
45. Jack Miller
46. Richard + Morton Gertz + Carrolyn + Heldan + [illegible]
47. Ricky Gertz
48. St. Johns Sheriff Rr Combs, MR. Hatch, Mr D Fugle Unknown white Man + [illegible] white Man + Chief Stanley
49. Captain Doyle
50. Captain Doyle's Italian Man Friend Cop
51. Mr. Epstein - (Jeff Epstein Cousin (Male)) white Man around 50's yrs old (NE) FDE 1401 Grey Car

#52. Al Kuech - [illegible] Martin County Fl
#53. [illegible] County Sheriff Kathy Anthony Swartz
54. Brevard County Sheriff Lee + Munez + Rosenbrach + Stone
55. Kathy Brett
56. Steve Carramode
#58. The Board of Directors of Bethesda Mission - #53 Mr. Tallancil
#[illegible] Chuck Wingate
#66 Jane Aire Mag
#[illegible] David Dyson
#[illegible] Scot DuNiway
#[illegible] George Guenthalda
#[illegible] Mr Ross
59. Simon Pandolf
#60 MR. Right
61. Monsignor Murris
62. MRS. Stopdano
63. Attorney [illegible] + Officer + Brad + Mr. White
64. Office Depot - Employee Andrew
65. Phillies Phillies - Andy McKail
#66. Phila. Eagles - Jeff Lourie
67. Mrs. Mengo
68. Nancy Sauker

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Frank Brett |
| Street Address | 822 Johnston STT |
| City and County | Philadelphia or Philadelphia |
| State and Zip Code | PA, 19148 |
| Telephone Number | |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | President Don TRump |
| Job or Title (if known) | President |
| Street Address | 333 PENN SylVania Ave |
| City and County | Washington Dcil Palm Beach FL |
| State and Zip Code | FL. 33401 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | William. BARR |
| Job or Title (if known) | ATTORNEY General of [illegible] |
| Street Address | 2 [illegible] PeNNSylvania Ave. |
| City and County | WASHington D.C. |

"Special" Relief ... Ray Dalton

Pg. 1 of 3

(#5) U.S. Marshall John (white Man) 2 Clematis Ave. Palm Beach, FL 33401

(#6) Attorney Dennon Fishman 600 S. Andrews Avenue, Suite 402 Fort Lauderdale, FL 33301

(#7) Attorney Mr Green 2400 E. Commercial Blvd. Fort Lauderdale, FL 33308

(#8) Bishop Gerald Barbito and 100 Catholic Monsignors Lied. John McCormack, Keith Ohare. Priest Clemons 9067 Southern Blvd. W. Palm Beach, FL 33411

(#9) Paul and Margie Mansella + Dmitry Mansella 615 S. Monoa Rd. Havertown, Pa 19083

6/24/20 (#10) Margie Mansella white woman cousin 40's yrs old and daughter with Dmitry Mansella. 3517 Tuscany DR. S. Phila. Pa 19145

12/8/19 Thursday on Bridge St Hobe Sound, FL. (#11) MRS. Light - Female cousin 20's yrs. old with baby Criminal - U-Haul Arizona AG6703 2300 N. Federal Highway Melbourne, FL 32902

(#12) (FBI) Federal Bureau of Investigations officers Mr Sweeney, Mike Collins, Mike Hairston, Mr. Pagent - From Pompano Beach FL, Mr. DANDY and Mr. Frank. (Lt. Pa. State police) daughter - Irish woman with Dennis O'Donnell. 603 Market St Phila Pa 191..

(#13) Brendan Brett and Dave Brett and Kevin - Paralegal 68 Court ST Doylestown, Pa 18901

(#14) Charlie Brett 822 Johnston St. Phila. Pa 19148

(#15) Jerry Brett 68 Court ST Doylestown, Pa 18901

(#16) John Morgan Law Firm 10 Orange Av Orlando, FL 32801

(#17) Marlon Miller - US Customs Agent 200 Walnut St. Philadelphia Pa 19106

(#18) Joe Andre Gang - (Falcon) 10 Poplar Ave Wilmington Delaware

(#19) Paul Johnson 624 Lexington St Orlando FL 32801

(#20) Paul Johnson 30's yrs old 624 Lexington St. Orlando FL 32801

(#21) Jim Hodge 624 Lexington St Orlando, FL 32801

(#22) Matt Hattnel 10 Poplar Ave. Wilmington, Delaware

(#23) Barry Knight 10 Poplar Ave. Wilmington, Delaware

(24) Floyd Wheeler - Sunday Breakfast Mission 414 Central Ave Orlando, FL 32801

(25) Ron Hall Boss - Orlando Rescue Mission 414 Central Ave. Orlando, FL 32801

(26) Bill Christensen - New Boss of Bethesda Mission 511 Riley St Harrisburg Pa 17103

(27) Doug Barger - Released Boss of Bethesda Mission. 511 Riley, St Harrisburg Pa 17103

(28) Robert Rockwell - Boss 624 Lexington St Orlando, FL 32801

(#29) Louis Vasquez 624 Lexington St Orlando FL 32801

(#30) Mr Guzman 624 Lexington St Orlando, FL 32801

(31) Melinda Bosh 624 Lexington St Orlando, FL 32801

(32) Cita Mission - Mr. Service - Boss 2300 N Federal Highway Melbourne, FL 32902

(33) Marie Mach David 1000 King St Wilmington, Delaware 19063

(34) Marie Mach David Cousin Female 30's yrs old 1000 King St Wilmington Delaware 19063.

9. of

(Continued) Pg. 2 of 3

12/11/20 Friday (35) Hillsboro, FL. Mr. Cotterdan - (Mr. Man) 414 Central Ave. Orlando, FL.

12/5/20 Saturday to 12/16/20 (36) Mrs. Ella - Jewish old woman 55 yrs old Lives in woods next to Sugar Sand Park W. Palmetto Park Rd. Boca Raton, FL 33487

2008-2020 (37) Jim Myers - gang member - Lived in woods next to Sugar Sand Park W. Palmetto Park Rd. Boca Raton, FL. 33487

2008-2020 (38) Jim Hoffman - Gang member Lived in woods next to Sugar Sand Park W. Palmetto Park Rd. Boca Raton, FL 33487

2014-2020 (39) Mrs. Lapata - Gang member - Lived in woods next to Sugar Sand Park W. Palmetto Park Rd. Boca Raton, FL. 33487

2014-2020 (40) Jim Hoffman's 55 yrs old Caspian Lived in woods next to Sugar Sand Park W. Palmetto Park Rd. Boca Raton, FL 33487

2008-2020 (41) Bernice Carter - Gang Member Friends with Jim Hoffman W. Palmetto Park Rd. Boca Raton, FL. 33487

2010-2020 (42) (Vango) - Nickname - Black Bohemian Gang Member Drug dealer from Miami, FL. (Address Unknown) Boca Raton, FL 33487 Seen several times with Jim Hoffman & Jim Myers in woods smoking crack cocaine and in with 2 Sugar Sand Park Black Men Employees. He cut the ears off of 2 white men

(43) Christ Church - United Methodist Church - Louis Guadalupe and Rev. Paul + Brett + Staff 50 Commercial Blvd. Fort Lauderdale, FL 33308

(44). Mrs. Powell - U.S. Fed. court clerk Broward Blvd. Fort Lauderdale, FL. 33309

(45) Jack Miller - Lexington St. Orlando, FL

(46) Richard + Marion Gentz + Carolyn Holden 2nd St. Broomall Pa. 19085

(47) Ricky Gentz 2nd St. Broomall, Pa. 19085

(48) St. Johns Sheriff's R. Combs, Mr. Hatch, Mr. Dunge Unknown white man Lt. & 449 officer white man, Chief Staley 6658 Rt. 1, St. John FL 32026

(49) Captain Doyle Phila. Police 4th and Vine St. Phila. Pa. 19106

(50) Lives on Captain Doyle's - Italian Man Phila. cop 1044 McClellan St. in Phila. Pa. 4th and Vine St. Phila. Pa. 19106

(51) - Mr. Epstein - (Jeff Epstein's cousin) (Male) white man around 55 yrs old (NC) ADE 1401 Grey car Saturday 10/17/20 Raleigh, NC. in park. Criminal threatened my life.

(52) A. Hunch - Sheriff - Martin County FL Unknown

53. A. Svoozie - Seminole County Sheriff's and Kathy Svoozie 100 Eslinger Way Sanford, FL 32773

54. Brevard County Sheriff's - Sheriff Lee and Munoz and Pembrook, Sheriff Star 700 S. Park Ave. Titusville, FL 32780

55. Kathy Brett 68 Court St. Doylestown, Pa 18901

56. Sheriff (Frees) 22 Chenango St. Palm Beach, FL 33401

(57) Steve Carrapiche, Philadelphia Court Clerks 605 Market St. + Mr. Puellton Phila. Pa 19106.

(58) The Board of Directors of Bethesda Mission #1 Church Wingate #2 David Dyson #3 Georgina Buchholder #4 Mrs. Ross #5 Mrs. [illegible] #6 Jane Alleman #7 Scot Dunkowsky 511 Riley St. Harrisburg, Pa. 17103

(59) Stree Randolf + Cecil McCrae and Benny McCrae 511 Riley St. Harrisburg, Pa. 17103

(60) Chris Bright - Macedonia Baptist 1000 Hines St. + Mr. Bright Wilmington, Delaware 19063

Murder Suspect (60) Monsignor Murry - 400 Brookfield Blvd Havertown Pa 19083

(Mary for criminal) Murder Suspect (61) Mrs. Giardano In with John + Monsignor Murry - Ins with Archdiocess 9267 Southern Blvd Address W. Palm Beach Fl 33411

(Plot Murder Suspects in with Paregons Gang) (62) - Ridley Park Police Criminal Mr. White + Brother and FHQ officer with tattoos and his brother

(63) Office Depot Employee Andrew and 6600 Military Trail Delray Beach FL 33443-6563

(64) Philadelphia Phillies - Andy McFail 1 Pattison Ave Phila. Pa 19145

(65) Philadelphia Eagles - Jeff Laurie 2 Pattison Ave Phila Pa. 19145

(66) MRS. Mango - 20's yrs old 634 Lexington St. Orlando, Fl 32801

(67) Nancy Salber Apple Manoa Rd Havertown Pa 19083

(69) Stephie Bingham Lapin - 2222 Bonnerville Rd Orlando, Fl.

(70) Laney + Heath Sands

(71) Travis Willis + wife

(72) Mr. Willis with Guitar 60's yrs. old

(73) Mr. GNew - Chinese Billionaire

(74) Steve Bannon

(75) ARGas Banon

(76) Rober Stone

(77) Roger Stone Cousin

(78) Orange Sheriff Conners

(79) Sgt CRAver Sheriff

(80) Jerry Doll

(81) Mary

(82) Sgt Craver

(83) Harry Shneffler

(84) Wawa Corp, Ed wood

(85) Baldwin park Bicycles

(86) Tom Bodkin - Creative Editor - The NY Times Company 620 8th Ave, New York, New York 10018-1405

(87) John Wilson

(88) Richard Wilson

(89) MR. Wilson 60's yrs old small

(90) John Hane

(91) Carl Hane

(92) Joe Hane

(93) Tina Hane - Black woman - U.S. Attorney's office in Phila. Pa. - 605 Chestnut St. Phila. Pa 19106

State and Zip Code: Ny, 10018
Telephone Number:
E-mail Address (if known):

Defendant No. 3

Name: David Samson
Job or Title (if known): Attorney General
Street Address: 1 World Trade Center 7th ave
City and County: Ny, Ny
State and Zip Code: Ny, 10018
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: Bill Baronte
Job or Title (if known):
Street Address: 1 World Trade Center 7th Ave
City and County: NY, NY
State and Zip Code: Ny, 10018
Telephone Number:
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

- [x] Federal question
- [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Title 18 1331 – Crime Victims Act

OBSTruction OF Justice

★ 28:1346 wd- wrongful Death and Obstruction of Justice and Raping of Frank Brett Jr 2 times, when he was sleeping as a Federal Undercover.

Description of Cause: I state that all the Defendants covered up the Murders by Poisoning of Babies Francis Brett III, Cheryl Betta Martin Brett and Frank Brett Sr, poisoned at times & Christine Saller and 5 other Babies we have found who were killed.

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

______________________________________________

______________________________________________

______________________________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In Title 119 USC, (A) 7 (B)(M) a Black and white gang came after Cops and their Family and the US Government did not protect me and did illegal wiretaps on My Phones – Crime Victims Rights Act - Title 18 Section 3771 - Victims of Federal Crimes have Rights including the Right to be heard in court not to be Precluded From Court proceedings, and the right to be treated Fairly,

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I Am Suing All Defendants For 3 Million Dollars Each,
InJunction against All Sgt' Craven, Lt Craven and Captain Craven - and Cousin [illegible] Harassing me Everywhere Even after They had [illegible] Bald Male Muscular around 6 Foot tall 230 lbs white [illegible] pick Me up by My testicles When I was Sleeping while Investigating the Death of a Police Officer

[illegible] From [illegible] From Steve Carramulle [illegible] his Illegal Photos [illegible] Courthouse [illegible] Daniel McCormack, John Stuart, [illegible] Unknown [illegible] Nichole Santo and Ann Murphy And From Palm Beach Fl US Marshall [illegible] his [illegible] US Marshall, US Marshall [illegible] his cousin, [illegible] Seminole County Sheriff Anthony [illegible] for 15 years and his wife [illegible] from Seminole County Courthouse and 2 cousins - white woman 40's yrs. old and 1 white Man around 20's yrs. old

I am asking for 3 Million Dollars from Each Defendant because of the Many years of Crimes by them

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/15, 2021

Signature of Plaintiff: Frank Brett

Printed Name of Plaintiff: Frank Brett

### B. For Attorneys

Date of signing: ________, 20__.

Signature of Attorney Frank Brett

Printed Name of Attorney Frank Brett

Bar Number ______

Name of Law Firm ______

Address ______

Telephone Number ______

E-mail Address ______

Donald Trump President of The United States of America obstructed Justice 9 times stated Kamala Harris the Former Attorney General of California while she was running for President.

This is How Donald Trump obstructed Justice. He used his attorney Mr Cohen who is in Prison to Obstruct Justice and do his dirty work. MR. Berman US Attorney for The Manhattan, NY. stated to William BaRR that MR. Trumps Other attorney Mr Giuliani was obstructing Justice and other crimes for Donald Trump and that his office had a good case against Them.

(#1) Donald Trump 1st Fired Paul Fishman US Attorney From the Trenton, NJ. US. Federal Courthouse. I had been an Informant with Paul FISHMAN and put in hundreds of Federally sealed documents into several cases I was involved with as a Fed. "This is covered in Title 119 USC. (A) 7 (B)(D)1 When Black and white gang members come after cops. The cops and Family members involved are to be Protected by The US. Government.

Instead The US. Government under President George Bush Illegally with The Latin Man (Attorney General) he Taped My Phones, My Dads phone, My sister and her husband phone. My Brothers phones and his wife phones and my wifes phones,

I sued under the "1996 FISA ACT" - The Foreign Intelligence Surveillance Act. "The government never got any warrants & So I won,

The Men Involved were Scott Rothstein, Rosenfeldt and Adler, Anthony + Dessore Villegas and in 1999 shortly before or after was Britt Lewis and Uncle Bill - Rothsteins Good Friend

Britt Lewis hated "Ken Jenney the convicted felon Police chief and The Vice Squad of Fort Lauderdale, FL Sherriff's Department and Ken Chen. She would Later hate "Ken Brett" in 2003 when I 1st Met her with My brother at The Mizner Square in Boca Raton, FL shortly before or after this date.

(#1) The One big case is David Samson, Jamie Fox, Bill Newl, United Airlines, David Wildstein, Bill Baroni and Bridget Ann Kelley vs. United States of America

I sued on 9/24/15 - shortly before or after the Day Pope Francis on a Friday came to Manhatten, NY. He was My Friend for years.

I handed The Case TO MRS. Noriega and Mike unknown white Man Fed. I had added My old deceased Police Partner Brian Lorenzo and his wife to this case. I had sued each defendant for 3 million dollars each.

I had stated a Few Month's before The Trials on 9/24/15 David Samson, Jamie Fox, Bill Naulty (He was never Fired) The Accountant United Air Lines and Jeff Smisek and an and 2 other United Airlines employees who all in 9/2011 dinner at Manhattan, NY, Italian Restaurant.

I knew They were all guilty when I asked Bill Naulty about this at his home in Back yard. I had Taped Bill Naulty The Accountant for NY + NJ port Authority both times I saw him. One time in 2011 and a 2nd Time. He told Me He Intercepted Some Memos at The NY + NJ port Authority about The case. Everyone he spoke to and Bill said They all excepted a bribe.

Bill and Nancy Hughes Naulty's cousin Brendan Brett had made this Female 20's yrs. old My Friend without me knowing this. Mrs. Hughes around 20's yrs old stated she 2nd this information. I would See her Jogging and following me in central, Pa. near a Catholic church.

Mrs. Hughes had talked to Bill and Nancy Naulty and she 2nd this case. They all agreed I was telling The Truth. David Samson Plead guilty to taking a Bribe.

On 9/24/15 MRS. Noryega Screwed Me and Huak Chen On This day with her boyfriend MR. Fishman, NY. Mike untraman white Man stated we had both won our cases. I was Not with Mr. and Mrs. Chen who argued with MRS. Noryega For 15 minutes to No avail. Than when They Left Mike called Mrs. Noryega a Cruel and criminal person for Screwing them and Me.

They Both Thought I was deaf. But I overheard The whole conversation. MRS. Noryega and a 2nd Latin woman Fed were Fired For Screwing a Murdered Cop's wife and Me out of 3 Million dollars.

I told My Uncle Charlie Brett and Agnes Brett this story and Dan Brett, I told them MRS Noryega and Mr. Fishman, NY her boyfriend and a 2nd Latin woman Fed and at Least 2 Black woman Feds In Manhattan, NY and Newark, NJ. had Committed over 5 Felonies apiece against cops and Their Family Members.

MRS. Noryega Never Entered The case properly.

★★ Mike McGlone told Me he never received Any Mail From Me Ever.

(#2) MR. Noryega Never Mailed The case.

Pg. 3 of

#2 Donald Trump President of The United States of America obstructed Justice into David Samsun vs. United States of America by Firing Jeff Sessions around 12/2017 in the 1st year of Presidency. Jeff Sessions I had sent sealed documents in which his office and him was helping me with connecting people in my Logistics.

Jeff Sessions was a great man, honest and he was just doing his Job correctly and he is a Man of Honor and God just Like me.

He was Fired because we were connecting Bill Baronie to John Guadagno and to NJ Governor Chris Christie.

"At his Sentencing Hearing - "David Wildstein" stated that he was on the telephone with NJ Governor Chris Christie as Bridgegate was taking place." This is The Proof that he needed ?!

The Judge was Sue Wiggonton a US Federal Judge from Newark, NJ presiding over this case. She is a wonderful Judge.

(1) Chris Christie Lied to Federal Investigators and committed Perjury.

#2 I Sued Chris Christie and That's when Paul Fishman + Jeff Session were fired.

#3 US. Attorney office in Orlando, Fl. obstructed Justice into this case and other case I was working on with retired woman Elisabeth Medina - and US Fed. The Entry clerk Latin women.

#4 The Latin woman Fed unknown around 30's yrs. old was in with white Man Sgt. Guillerm, Officer Marc, Officer Floyd Black Man, and Unknown white Blonde woman. They all committed Felonies against me for at least 5 years with The Port Orange Fla Police Department.

#5 I had caught a white Man and a Black Man around 20's yrs old wearing hoods in The woods in Port Orange, Fl and scaring me to death at this time.

#6 Chaquita Rodgers and her husband from The Good Hope Catholic Church committed 8 Felonies with an unknown Man + woman who I caught Jogging in Front of The Good Hope Catholic Church in Port Orange, Fl.

Officer Marra obstructed Justice and Let Them all Go Free.

She Threatened to Arrest Me with her Mafia Associate Friends.

Pg 4 of

(#4) Donald Trump President of The United States Obstructed Justice By Firing MR. Berman U.S. Attorney from Manhattan, NY. He Fired him because of "The Jeff Epstein case," and other Obstructions by The Presidents Attorney "MR. Giuliani," [illegible] on at That Time.

(#1) Steve Bannon + US ARMY Men committing Fraud while building Donald Trumps Wall. Steve Bannon pocketed 1 Million dollars with his partn[er]

(#2) ARGAS Bannon - came after me and was [illegible] with MR Landt US ARMY, MR. O'Donnel, John Ortiz, Terry Gray, David Jones - US ARMY and Cof his ARMY Friends from Mississippi, "Fired Terry Unterman at Orlando, FL, Salvation ARMY, Fired Mr Guzman at Salvation ARMY in Orlando, FL, and Fired Melinda Baush from The Salvation ARMY in Orlando, FL. Louis Vasquez Son a gay Man was [illegible] and Louis Vasquez and Robert Rockwell and his wife were all involved in commiting felonies against Me and The US Government.

2020 (3) ARGAS Bannon - Cousin seened in the woods in Palm Beach, FL, following Me with another ARMY Man with Black hair

12/29/20, (4) ARGAS Bannon - another Male Cousin 60's yr old seen at Toyota at Stuart FL, shadowing me on his Cell phone.

12/24/20 (5) MR. Roger Stone Male Cousin Threatened My Life at The Days Inn in Stuart FL.

(#6) Philip Guerrance - U.S. ARMY in with Dan Degenberger and Mike Unterman

(#7) Mike Unterman - U.S. ARMY in with Philip Guerrance

Judge Roy Dalton + Tom Smith

Pg 3 of 34

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Frank Brett - Plaintiff vs. #1 David Baker - Defendant ET-AL

[Insert Caption of Case] Case Number 6:16-CV-667-ORL-37 TBD Judge Roy Dalton

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Interested Persons Order and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

   [insert list] #1 David Baker - Orlando Fl. Federal Judge, #2 Bill Nauity - Port Authority - NY and NJ, #3 David Samson - Port Authority - Chief Financial Officer - NY and NJ, #4 Care Regional Medical Center - Boss, #5 John White - Dept of Corrections Cop - Orlando, Fl, #6 David Graham - Dept of Corrections, #7 Rob Homes - Partner, #8 Rob Lawes - CSX Railroad, #9 Steiner [illegible], #10 Sterling [illegible], #11 [illegible], #12 Steiner [illegible]

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   [insert list] #1 United Airlines - Jeff Smisek - Chairman, #2 CSX Railroad - Oscar Munoz - Chairman, #3 Independence Blue Cross East Phila. Pa. Chairman - Joe Frick, #4 Marriot Corporation - Chairman, #5 Fed EX Corporation - Chairman, #6 Mary Howard Center Phila., #7 Jefferson Hospital - Boss, Diamond Dolls Ft. Lauderdale Fl., Gas Light Bar Phila. Pa. Strippers, #13 Orlando Rescue Mission - Rev. Hall - Boss

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   [insert list]

4. The name of each victim (individual or corporate), including every person who may be entitled to restitution:

   [insert list] Frank Brett Sr. - they killed him; Frank H. Brett - They ran me over 5 times; John Muntz Cousin; Steve Brown; Mr. Ernestson - They ran him over; Jeff Leighton - they ran him over; John MacDavid; Mr. Gillespie - From Atlanta GA 40345, [illegible]; (Steve Dolan - They killed him), Walter Healthy Bodkin; Butt Lewis - They killed him; Uncle Bill and Rothstein killed him; Steve Brown MD - They hurt him; Lisa Robinson - They hurt her; Juliane Hernandez - Phoenix Arizona Cops; Healthy Heather Cop John Gillis killed her and Raped her with Joe Sullivan Mike; Joe Short + Rhodes Middle + Mike Short

5. Check one of the following:

_________ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

-or-

Frank Brett I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Magistrate Judge [insert explanation] Recusal of TOM Smith - Religious Predjudice,

[1] A party should not routinely list the assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

Paul Fishman and Prosecuters sought Information on Path Service to allow its passengers a one-seat ride from Lower Manhattan to the airport. David Samson approved the Newark wide bodied hangar for 10 million dollars toward its construction. (Where the bribe happened) This happened 3 months after the 9/2011 dinner at Manhattan, NY Italian Restaurant. Prosecuters sought communications on negotiations in which NJ. Governor Chris Christie himself had been deeply involved. Governor NJ. Chris Christie desired to have United Airlines flights at the money, Loosing Money at Atlantic City NJ. Airport. The NY. + NJ. Port Authority had taken over the airports Over the objections of the NY. + NJ. Port Authority pro staff. This move benefited (Wolff + Samson Law Firm) one of David Samson's Legal clients. Also the laying a 3rd railroad track from Newark Liberty airport to Atlantic City NJ. Airport. A move that would cost 800 million dollars and benefit The Atlantic city casinos and Donald Trump.

United Airlines hired the Law Firm of Jenner + Block to conduct its internal investigation into the conspiracy to commit bribery, and bribery and accepting bribes from Bridget Kelly, David Samson, Jamie Fox and Mr. Wildstein, Bill Baroni all who plead guilty and went to prison. Jeff Smisek and an aid and 2 other United Airlines employees (extremely) executives got Lucky and were not prosecuted for accepting the bribes. They all were (Whom 9lan the) fired in a sweetheart deal and were able to keep their stock options and Severance pay which was millions of Dollars. 4.9 million in cash for Jeff Smisek plus stock worth about 3.4 million dollars. Jeff Smisek and NJ. Governor Chris Christy and (Congressman John Runyan) 11/2013 to 2015 had Losing flights moving into Atlantic City, NJ.

A New 25 million Fire Fighting Force at The Newark airport. That plan benefited a NJ. police Union that Endorsed Mr. Christie and in particular the President of The NJ. Police Union, who was helping Port Authority officials secure other endorsements for election and (Attorney Bruce Cutler (Obstructed Justice)) Bill Baroni was NJ. Governor Chris Christy top STAFF appointee at The NY + NJ. port Authority and worked with him on a daily basis and him Guadagno.

★ Bill Baroni and David Wildstein both resigned in the wake of the Lane closings on The George Washington Bridge with Bridget Ann Kelley and her famous E Mails of Corruption.

★ David Wildstein was hired in 2010 and quickly developed a reputation as NJ. Governor Chris Christy's enforcer at the NY + NJ. Port Authority. He would schedule meetings, never specify the topic and then cancel the meeting. He would stare at employees until they invited him in and intimidation was a weekly threat to deal with.

★ Chris Christy Lied stated David Wildstein who said He was on the phone with Chris Christy, as the Traffic Jam Occured on George Washington Bridge. Wildstein stated this to Judge Wigenton at his sentencing Hearing.

Pg [illegible] of

Must Share with U.S. Attorney Mr Nettle in Columbia, South Carolina on Crime and Corruption with Republican Governor of Columbia, South Carolina Barbara Haley Republican Governor In With Mr Samson and Chris Christy during this time, MR. Murphy New Governor In with Mr Samson From 2016. Irish Name, MR. Murphy is a Good Person.

Response Evidence on 7/13/17 2 Amtrac Trucks go to Amtrac heads White men

I Saw Celebrity bugged Threats. United Airlines and Jeff Smisek took the bribe with 3 other executives and were Released from their Company. They all committed 27 counts of Fraud and Committed with David Samson 27 counts of Interstate Racketeering, Conspiracy to commit Interstate Racketeering in Columbia, South Carolina attempted Murder of an Undercover Fed; Their acempless was Mrs. Lee a Colombia, South Carolina Federal court clerk who stole evidence into the case Samson vs United STATES of America, PA Senator Fumo vs U.S. of America, Croce vs United STATES of America, Independence Blue Cross and Blue Shield vs U.S. of America, Mrs. Victor Incrody vs United States of America, and several other Cases I had filed in Columbia, South Carolina Since 2009. Mrs. Lee used their girlfriends unknown court clerk, Mrs. Good and Day, Baptist John U.S. Marshall and Erica Unknown Black Federal Court clerk with ties to Erica Unknown black female court clerk and Crystal Brown Female court clerk in Phila. Pa. They also used Fed Ex Corporation who was in the plot to cover up millions of dollars of crime and corruption with Erica Unknown black Female, Cheryl Unknown black Female, Sol-oriental female, Horton Baron white Man and Sky unknown white Man all from 10th ST and Market Fed Ex. White Men Horton Baron and Sky were in with David + Chris Wright, and my 2nd cousin Sydney Little and Sylvia Little since 2007 to cover up Crimes with Mascedonia Baptist Church and 1st Baptist Church and Billy Mathis Reporting Richard + Marion + Richy + Caroline Gentz with Belmont Baptist Church in Broomall Pa, and Paul + Margie Marsella and Margie Marsella Sister's Church, Marcus Hook Baptist Church.

In my Logistics for the Last 7 years I have Columbia, South Carolina Airport Personel, Newark Liberty Internation Airport Personnel, Atlantic City, NJ Airport Personel with all ties to these Federal cases. and New York and New Jersey Port Authority and its Boss Chris Christy. I have Bill Naulty on tape in 2012 stating Chris Christy and John Runyan are to blame. The New York and New Jersey Port Authority LT. Governor Kim Granahgnle and Chris Christy run the Atlantic City NJ. Airport and tried to get the railroad Amtrac to lay track from Newark Liberty Airport to Atlantic City, NJ. For The Casino Business.

Response Evidence 7/13/17 Members of Amtrac in Phila. Pa. took film of me taking a poop and peeing in the Amtrac woods 30th. IT was Richard and Mark - (2 white Men) I was Latin white Man I had Caught with Phila Cop. Captain C-3. He went to Sunoco gas Station in with white Muslim Man and Fired Black Man.

David Samson had dinner at an Italian restaurant in Manhattan, NY. in 9/2011 with Jeff Smisek from United Airlines and Jamie Fox - a Lobyist For David Samson and NY + NJ. Port Authority. Jamie Fox as Reported in the New York times was a lobyist For United Airlines several years before the bribery dinner on September of 2011. Also a top aide to Jeff Smisek and Jamie Fox and the two United officials who also resigned on Tuesday.

The United Airlines officials were renegotiating its Lease at Newark Liberty International Airport and were pushing For Lower Fees. David Samson stated at this dinner, The airline could reinstate a Loosing money For United Airlines flights from Newark Liberty Airport to Columbia, South Carolina Airport 27 times he flew near where he had a home in Aiken, South Carolina. Frank Brett there has been an attempt to Run the over on Rt. 1 in Aiken, South Carolina near New Jerusalem Church and Doswell Baptist Church every year starting in 2019-20. Officer Mills stomith with affiliation with The New Jerusalem Church in Chester, Pa. where 1 of the black hitmen who was seen walking with The Black Reverend Tyrone Gilliam after getting on the [illegible] 37 Septa bus into [illegible] Castro which this Black Reverend from The New Jerusalem church of Chester got a multiple Felon convicted of assulting police and several drug offeses a Job. This was Illegal in Pennsylvania at this time in 9/2007. The Black Hitman was hired by Al Perry, and Nick Pannaccio to beat up Jim MacDavid a white man and a black man drug dealer in Chester Pa. near the Housing Projects where the Pannaccio Brothers had a Section 8 House. The Black Hitman and Perry Pannaccio decided to Rip off The black man drug dealer in Chester Pa. and This Black Man Hitman stabbed to death the black man drug dealer and stole his pot and his money. The Black man hit man was a Friend of Al Pannaccio employee black Man Jimmy. They beat up Jim Mach David so he could not testify against Perry and Al Pannaccio + Nick Pannaccio and them stealing each others cars and Croce vs US Gov't trucks using The Most wanted John Cornell gang from Chester Pa. at this time. They also used John Connell To break into their (Section 8 Had) Homes in the winter Time and steal all The copper pipes and some kitchen cabinets and to destroy the homes.

★ The Pannaccio brothers used Their Insurance Company almost every winter committing Insurance Fraud to get work For them when they were Slow or had no work. Every 2 weeks From 1995 until - 2005. Perry or Al Pannaccio would go to Manhattan, Ny. to get stolen Jewelry From their cousin and Mr Gambino captain. They'd use Fence Joe Sullivan [illegible]

Tom Killion obstructed Justice for The Last 7years into U.S. Federal court cases David Samson vs U.S. of America and NY. and NewJersey Port Authority For The Republican Party trying to cover up their crimes.

Tom Killion Obstructed Justice into David Foxy Mr. Wildstein, Bill Baroni and Bridget Ann Kelly US Federal court cases and The prosecution of Governor Chris Kristy, John Runyan, Bill Naulty and several other staff members for Governor Chris Kristy into the traffic Jam and lane closings on The George Washington Bridge. I thought Tom Killion and his Staff and Friends John Whalen were helping me when I handed them the Logistics from New York and New Jersey in 2014 and 2015. Tom Killion pulled a Bait and Switch of my documents and accessory after the Fact with Magistrate Judge Hunter and Several of his Family members Ed Killion and I Newtown Sq. cop. They violated the 1983 Civil Rights Act and my Rights To Privacy In The 1st Amendment. Tom Killion had me followed from New York to Fort Lauderdale, FL. and him and his family members tried to kill me several times in 2017. I saw Tom Killions Male family member Mr. Killion in 2/2017 across The street from St. Teresas Catholic church in a Park. I saw this same man Jogging in Jack MacDonald Park in 8/ /2015 after Leaving Tom Killion's office committing a Felony against me. He was driving a small car PA. License Plate and he brought it from Bergey's car dealership.

Bill Bergey ex Football player is a friend of Tom Killion and John Runyan ex Eagles Football player who Bill Naulty told me got his Salvation off of me by Lying committing Multiple Felonies. I saw John Runyan on Washington ST. in Phila. Pa. walking with his Stripper Girl Friend Christine Sable a Mafia associate and friend of Joey and Marie Merlino and Uncle Vincent Merlino the head of The Mafia Vincent Merlino went to Prison in 2015. I saw John Runyan again on 17th and Walnut St at The Park walking with Christine Sable who owns Christines Strip Bar and The Gas Light Strip Bar in Philadelphia, Pa. I was threatend and I was harrassed for years from 2010-2017 on 3rd ST in Fort Lauderdale, FL by Runyan Law Offices and his Private Investigators and all companies on their sign.

Pg. 4 of [illegible] "Joe Anice" "The Falcon" drug kingpin selling drugs and supplying drugs he got from "Joaquin Guzman Loera from Miami FL and "Mr. Suarez." Followed me to Ft. Lauderdale FL U.S. Federal Courthouse with his Attorneys. "I told my friend "Madaline" Latin woman Fed. on this day.

Joe Anice – "The Falcon drug kingpin" He stated in front of 40 Religious Men in the Program at "The Sunday Breakfast Mission in 12/2017" That he was a "Big drug supplier of Heroin, Oxycotton and Cokeaine and Marajuana from 2002–2010 on the East Coast

Joe Anice – 9 drug Dealers (#1) Joe Anice stated He had 9 Full Time Employees Paid weekly.

- (#1) His Brother
- (#2) Joe Anice Cousin
- (#3) Mrs. Shorty – Black woman –
- (#4) Mrs Katrina – Joe Anice girlfriend
- (#5) Mr. Hit Man Hatrel Smith
- (#6) Gene Carson
- (#7) Walter – "White Man Boss" at Sunday Breakfast Mission
- (#8) Joe Anice Cousin Black Male Broken Right Arm – 50 yrs old.
- (#9) Barry Knight Cousin of Court clerk Robert Crisphank – [illegible]

Over 50 Part Time employees – (#1) Corn Bread, (#2) Bo Mitchel (#3) OG (#4) Ollie Bynum

★ (#2) Joe Anice – sat with Tom Flannery, Barry Knight, Mr. Stuart, Mike Luchase and Hit Man Hatrel Smith – Joe Anice took out to Lunch in 12/2017.

3/2003 ★ (#3) Joe Anice – Male Cousin (50's yrs old) was seen at 100 N. Sample Rd. – Mr. Gunther's ★ house of Prostitution – Over 25 Full time Escorts and 100 part time

★ Escort Girls. Mr. Gunther sold Drugs in 2003 with his 3 Secretary's – (#1) Kathy – white woman (#2) Hardie – white woman (#3) Latin woman Unknown

★ My Undercover woman partner Sarah unknown Italian woman purchased drugs from The Secretary inside The Mr. Gunther's Building at Least over 10 Times.

I let her use my cell phone inside The Building in her hand. To Record They

Transactions; (#1) "I did Not Tell Her My cell phone was bugged by "The FBI – Federal Bureau of Investigation

(Illegal) ★ (#2) George Bush – and The Latin Man Attorney General – Illegally Wire Taped my cell phone and actually caught "The drug Transactions with Mr. Gunther Speaking to his 3 Secretery – Selling drugs to They undercover "Sarah – unknown Italian woman – from Manhattan, NY. (Attorney General Never had a warrant to Listen into "2003" Robert Mueller – Boss of FBI undercover operation.

"Illegal" (#3) Alex Acosta – U.S. Attorney from Miami, FL illegally bugged my cell phone without a warrant. He Heard Me and "Brett Lewis" conversations about Jeff Epstein.

"Illegal" (#4) Barry Krischer – Palm Beach, FL States Attorney illegally wiretaped my cell phone with Dana Weis – and 3rd Party in with Sharon Weis – Murderer with [illegible] Lisa Gambino Luongo. They covered up The Rape of "Jodi Bergeron by Barry Krischer and his friend was Jeff Epstein through NY. U.S. Attorney Barry Gold – who both Screwed "Steven Hoffenburg" – The 1st 500 million dollar Ponzi Sheme who went to prison for 17 years. Steven Hoffenburg's Employee in The 1980's was a young Employee

★ Jeff Epstein who taught him The Ponzi Scheme and was with Barry Gold

Pardon } Jeff Epstein ... of President George Bush - Episcopalean Church - Prince Andrew - Episcapalean Church in England; they knew from the ... Man Attorney General who George Bush correctly knew ... Alex Acosta as Attorney from Miami, Fl. George Bush

Went to see Pope John Paul. I was ... Cardinal O'Connor from ... who I told in Feb. 2003 Steven Heffenberg. Stated this on Federal documents.

Jeff Epstein Received a 35 thousand dollar fine from the SEC - Securities and Exchange Commission

Some of this is Explained by James Patterson the writer. and investigator - Former N.Y. Police officer Tim Malloy my Biblical Friends

#5 FL State police illegally attached themselves to case with Sarah Damiano in with Laney + Heith Sawyers + My old crooked girlfriend Stephie Bingham Lapata. Sarah Damiano illegally called my girlfriend Stephie Bingham Lapata at her home while I was there painting the Bedroom and Left a Message on Stephie's Answering Machine

#6 NSA National Security Adviser - General Alexander Haig - was fired. This was Reported in the USA Today newspaper and Reporter David Jackson. This was for Breaking 1996 FISA Laws,

#7 CIA - Central Intelligence Agency - "Kyle Dusty Fogo" #3 Man in the Agency - illegally Recorded My conversations with a warrant with Jimmy Davis - CIA Agent friend of Steve + Carol SHAPIRO Yudis. My sisters best friend.

I sued my old friend "Kyle Dusty Fogo" in Alexandria Virginia with Judge Hilton "Kyle Dusty Fogo" a Texas Man was my friend at first and there was talk they were going to send me as an Operative to IRAQ, Turkey to Spy on an illegal over 1000 one thousand Sex Slave women from Europe and Turkey. "I was a Spy"

I walked out of John Collins Home when they → Planned the Murder of Kathy Keating

#8 (DEA) Drug Enforcement Agency - Joe Collins - criminal with his brother who I never knew "Mike Collins" - FBI - Agent who 1st moved to Chicago, Illinois with Steve Sullivan and My 1968 Neighbor Mary Lyons. Mike Collins moved Back to Phila, Pa. During the 3rd Look Investigation and over 12 Phila, Pa. FBI Agents ghosted (By Attorney General Loretta Lynch) I had been hauling in Hundreds of Sealed Federal Documents to Phila, Pa. FBI AGENT - Mike Hairston who stole all the documents and Logistics

(2020, New Info.) To his Friend "Mike Collins" - FBI Agents crimes against me and my Family.

I Luckily showed white woman FBI Agent Kayla and her white woman Boss Unknown the Documents on my Murdered 4 Babies From Heaven. Kayla called "The Agent" and Mike Hairston Criminal kicked me out of Phila, Pa. office.

I was there when Lower Merion Cop John Collins, Mike Smith, Joe Sullivan, Mary ... Planned Murder

(19 of 19)

In 1980 Jim Lyons and his Mom + Dad - Lied. They hurt an innocent girl by the name of Terresa Balford who they wanted her church to help them. Please do not hurt these 2 nice Italian girls who told the Italian Joke - Lois Iannucelli + Laura told the Joke. They said it about a girl named Hoagie - Lois Iannucelli + Laura told the Joke to Jim Lyons. He used the wrong name. Them selves to embarrass me. I laughed and told the Joke to Jim Lyons.

#1. I saw Victor Guadalopez talking to Deacon Sanches and Reverend Wallace about me. All my Highschool Black Friends screwed me in 1980.

#2. I saw Debbie Little's drug dealer Black Man Friend from Wilmington, Delaware - Talking to Deacon Sanches.

#3 Deacon Sanches - STATED TO THIS Black Man drug dealer and his black Friend TO Kill the Rights on Me.

#4 I saw this Black Man drug dealer follow me to Market ST. to Wanamakers. He did not go inside.

#5 I saw this Black Man drug dealer follow me on 11/19/19 to 15th and Broad ST. and he talked to drug dealer Mr Haseem Critterdon and several black Men There, Across the Street from Phila. Pa. City Hall. Freeze Ice Cream.

Mc[illegible] Barnes Fl. 2/16/20 - 30 [illegible] 62 (Florida State) [illegible] - The Cop [illegible] - Go To Del.

#6 Deacon Sanches drug Gang Members.

#1. Victor Guadalopez
#2. Mr. Guadalopez Latin Man Left program 2017
#3. Victor Guadalopez black Man Cousin - (In Upper Darby Pa. Seen him at Sellers Library)
#4. Haseem Critterdon
#5. Joe Critterdon - drug dealer
#6. Joseph Caleeb - Cousin of Haseen Critterdon (At Orlando FL. Salvation Army)
#7 Mr. Simon - black Man Friend of Joseph Caleeb
#8 Unknown Black Man drug dealer with Rev Sanches and Victor Guadalopez and Deacon Jim
#9. Tim Tibholz and Cousins (Threatened My Life)
#10. Larry Wallace
#11. Larry Wallace Son
#12. Roger Wallace Son
#13. Roger Wallace
#14. Paul Johnson
#15. Paul Johnson Son
#16. Kyle Carrol
#17. Kyle Walton
#18. Kyle Walton's Son
#19. Chucky Smith
#20 Ray Adger
#21 John Johnson
#22 Mr. Johnson's his father
#23 Rob Johnson
24. Pierre Johnson is Brendan Johnson Crony
25. Chrystal Brown - Black woman
26. Marie Brown - Black woman
27. Eliza Natoe - (Paul Johnson Cousin)
28. Chamberlain and Twin daughters (From Haverford College)
29. Mike Chamberlain
30. Tom Jackson
31. Gene Carson - ex drug dealer
32. Gene Carsons - 5 Sons
33. Corn Bread - Fat Black Man
39. 2nd Tom Jackson From Wilmington, Delaware
40. Manny Gonzalez - drug dealer - Murder Suspect
41. Chris Johns - Latin Man
42. Yolanda Rivera - Murder Suspect - McKinley Property
43. Don Edwards - was in with Chris Johns
44. Mr Coles (Blaze) - Black Man
45. Mr. Noble - Black Man - Drug dealer
46. Gary - Unknown - Black Man Drug dealer (From McCain Street)
#47 Joe Cart[illegible]
#48. Reggie Carter
#49. Lamont Walker

#[illegible] 4 9 8 NB
[illegible] Brolaral (?) Daddy Bear - Black Man - Thea[illegible] - Patrick Maxwell - [illegible]

Pg. 120 of [illegible]

cops and their Family and the U.S. Government did not Protect me and [illegible] On My Phones, CRIME VICTIMS Rights Act - Title 18 Section 3771 - Victims Federal Crimes have Rights, Including the Right to be heard in courts not to be Precluded court proceedings, and the right to be treated Fairly.

Declaration of Frank Brett 1/3/2020 - [illegible] Murdered

4 More Total [illegible] Filed on 1/13/2020 a Federal Informant, Federal witness, Federal Logistics father, Federal and STATE whistle blower, A Federal Undercover in with Cardinal O'Connor [illegible] [illegible] Apostle of Christ for his Eminence. I am a Jeffrey Epstein gang victim.

#1. My Name is Frank Brett and I was born in July, 1962.

#2. I am currently 57 years old and recovering from a broken knee cap Right knee and a sprained LEFT knee cap from another attempt to Murder Me by Benny + Cecil McGrue, Simon Nauliff (Bethesda Mission in Harrisburg PA)

#3. My Life took a Terrible Turn in 7/23/03 when My Truck was crashed into by hitmen Sonny Herman and Mathew Antonio who was [illegible] with 1, 20's yrs. old Georgia STATE Trooper at Kings Bay Naval Base and [illegible] Base in [illegible], Georgia. They hit my enterprise rental car in Jacksonville, FL and hit and run.

#4. They were Hired by Several Law Firms to kill me a Federal witness Informant scared who Rented a car to sneak Back to Pennsylvania From Florida on this [illegible] U.S. Federal Judge Goldberg. #5. The Law Firm of David Hilme, Felicia Bruno, Phil Villare, and Paul Brandes and Gianone had 100% to contact with the Georgia STATE Police officer and Sonny Herman and Mathew Antonio several times and Naval Base commanding officer Mike Wassuch who was in on the Professional hit to cover up Billions of dollars in Various Ponzi (Scot Rubin) schemes and crime I knew about. #[illegible] David Hilme, Felicia Bruno and Phil Villare all Lost Their Job and had Direct Ties to The Mafia and The Angelo Bruno and Salvatore Testa Crime [illegible] David Hilme was a Friend of Mike since the 3rd Grade. He had ties to Jeff Epstein Gang and Palm Beach with Barry Fisher + Dana Weis #[illegible] The Law Firm Crooked That Represented me was Hugh Bracken, Frank Catania - (FOP) Fraternal order of police, Mike Sheridan, Kenfe, and Parker. They tried to kill me on 7/23/03 with CARROL and Steve Yudis who they all had Ties to The Gambino Crime Family - Frank Catania Jr directly with Catania Paint Company from South Phila. Pa. which hired a Mr. Gambino on and off For Many years and paid him cash. I would see This paint Company in Wildwood, NJ. in the Summer of 2011 during the 3rd Look Investigation conducted by The Philadelphia, Pa. U.S. Attorney's office, Zane Hersh and White Man Boss U.S. Attorney, Frank Catania and Hugh Bracken and Steve and Carroll Yudis Met 1 time a week to Frame and Murder My father From 1995 until 5/17/96 until he was Murdered and Stabbed in The Neck and was poisoned by Sharon Weis and Anthony Martinelli and Lisa [illegible] Luongo and her Husband Anthony Luongo and Rob Homes who I saw in Slerman [illegible] The Miller Family Stealing the Computer Information off of The Mornington Family John [illegible] they all were going to kill. Rob Homes was Married to Mafia girl Jen Marie Homes and [illegible] Law Firm OF Nina and Eugene Tinari of Phila. Pa. 1528 Walnut St. Suite 1213 Phila.

Pg 3 of 29

In Title 119 USC #(A) 7(B)(D)(1) - Black + White gangs came after me with Jeff Epstein gang. In 119 USC. The US Government did not protect an Individual being attacked by the Arce Gang, "The Falcon" performing certain official Duties. Judges knew I was a Federal Undercover, Federal Informant, Federal Whistle Blower, Federal Logistics Witness, and a Federal witness To over 200 Major Crimes I have witnessed and wrote.

Judy Goldberg + U.S. Federal Judge Mary McGloughlin Covered up The Murderers with Attorney Stan Gold + Blyweiss of My 4 Babies from Heaven, There were over 65 People in My home who were all poisoned, Congressman Robert Brady's people had admitted + Congressman Tom Kildon to Crimes and being in My home stated Richard Gentz. Richard Gentz Stated That My Phones were illegally wire tapped by the Government. Judge Goldberg + Judge Mary McGloughlin Let Mary Gillespie get away with being in illegally, My home with her Cousins Mike + Kathleen Gillespie-Overturf and Casey Overturf and her Boy Friend Major Criminals Smith drug dealers, Joe Arce + Gerard Brett, Kevin Overturf and Casey Overturf dead Dan Brett, Brendan Brett, Ken Brett, Marie The paralegal unknown were all in with Drug King Pin Joe Arce and his Gang Members since 2002. Joe Arce stated this in front of 24 Men at Floyd Wheelers - The Boss who was the Sunday Breakfast Mission in Wilmington, Delaware. Joe Arce stated in front of 40 Men in The program in 12/2017 That he was a Drug Supplier and Drug Dealer of Heroin, Oxy Cotton and cocaine. He used to call himself Dan Brett at The Mission from 2010 until 2017.

In 10/2014 I asked Dan Brett and he knew all about Joe Arce, he said and his drug Gang, Dan Brett was in with him since 12/2002. 10/2014 This is all New Info, Joe Arce Gang - 9 Full Time Employees + 50 Part time, Made over 200 Million dollars from 2002 until 2010 when Joe Arce got caught. I'm The Only Honest MAN who Fought Joe Arce Gang, with different Team. (#1) Dan Brett Lied to Me He Stated That Monsignor Murray was Dead. This was a Lie, Catholic Monsignor at St. Patrick's Criminal + Priest + Staff in Wilmington. (#2) Dan Brett stated he had Cancer Stage 3. He Lied. (#3) Dan Brett + Ken Brett U.S. Customs betrayed his Judges Her Tenant Ken Brett and Ken Clen from Fort Lauderdale Fl. Sheriff's Department, Wolf + Mr. Kew Jersey Police Chief, Peter Cooper, Mark from U.S. Customs Washington DC, Dorothy + Ken Her U.S. Customs and Dorothy Little, Debbie Little, Dee Little and Sydney Little were Shorty Mrs. Little, John Getzkeitt in with The Joe Arce Gang and drug Dealers, with Ellen + Gregg's + Shorty Black women all drug dealers.

FJD 9 of 130 Page 9 of 43

get away after he threatened me in LA ... with Captain Doyle's 30's yrs old cousin + Irishman ... Captain Doyle and officer McCloskey and Irishman cops who tried to killing on 12/29/2006 in Orlando, Fla. Their white man friend shot at me ... and stated they were going to get me several times with their Mafia friends ... cousin around 30's yrs. old is the criminal.) Mr. Doyle from University of Iowa was fired

Captain Doyle's (From Football Team's coach) In 8/2016 in Broderick Park in Sacramento, California my 1st day there while investigating the death of my police partner on Phila. police force Brian Lorenzo. I fell asleep after a 30 hour investigation around 10:00 AM. I woke up when a giant Bald head white Man very muscular

Mr. Doyle (around 11:00 AM) (Iowa University Football coach) had undun my pants and pulled my underwear down and than he picked me up By My Testacles and penis. I punched him in the Neck and than he droped me onto some tree Roots and I injured my back and I have had ... Since Mr. Doyle Raped Me. He than Ran away. He was around 6'1 inches tall Bald head and he was around 240 pounds came from Sacramento Gymnasium in front where I saw him with Magnus Lyons a Mafia talking ... they talked to 3 white Sacramento, California cops.

On Sunday I saw Magnus Lyons Jogging and committing another felony against me next to the Capitol. Magnus Lyons and Captain Doyle's cousin were in with drug dealer

Black Man Gary ... Mr. Noble. I saw Sam Clay cousin around 40's yrs. old there

Ken Chen Fort Lauderdale Sheriff I saw Sandy Chen female cousin there around 40's yrs. old

I saw Hasseen Critterdon with a Back pack on with an Oriental Man and a white Man both wearing 3 piece suits all criminals.

(Together) I saw Frank Collins son around 20's yrs old at the Firemen's Museum across the Street

I saw Dennis O'Donnel's Male cousin and wife around 30's yrs old at the Firemen's Museum across the street

On Pelawn of The Sacramento Capitol I saw Kathy Gambino and her Husband cousin at the Firemen's Museum across the Street.

Monsignor Riley and Fred Marte and Mrs. Perez all committed Fraud and Rape ...

Magnus Lyons. Magnus Lyons Red Head cousin around 20's yrs. old with Mrs. Light around 20's yrs. old a former Stripper in Columbia, South Carolina. I saw in front of The Philadelphia Sports club Gym when I was walking on crutches.

Mr. Lyons stated to Mrs. Light that he was a partner in me being Raped and she laughed and spanked him on the Heinz. Blake Gladfelter and Mr. Scirico of Pa. Avondale State police stated he was supposed to be My police partner and he was Responsible for me with his cousin Chase Utely of The Philadelphia, Phillies during this time.

Blake Gladfelter was on My College baseball team and I had not seen or talked to him in 35 years. I saw his cousin around 20's yrs. old walking Man on 291 in South Philadelphia in Front of The Red Roof Inn and Phila. Par Diner.

Chase Utely, Cole Hamels, Cliff Lee, Roy Oswaldt, Roy Holliday all went to ... Parties with Sue Bodkin, Dave Bodkin, Laura Bodkin and Kathy Bodkin who's Neighbor Mafia boss was Joey ... 's daughters are Paige and Marie Merlino Jr. were at parties.

See Attached Pg 1 of 1

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship Pennsylvania

Defendant(s) state(s) of citizenship Pennsylvania

III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Philadelphia, Pa, Sacramento California, Toomb County - Lyons Georgia, Florida, Delaware, NJ, New York

B. What date and approximate time did the events giving rise to your claim(s) occur? 2008 - 2019

C. Facts:

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

In 2016 after Putting a case into [illegible] Cammarata's hand that I was Raped Many times as a child. I was Raped 2 Times as a Federal Undercover, and I was subject to 3 Armed Robberies while in with police Units who were supposed to protect me. #1 By John Heeman - Trinity Lutheran Church of Western Sacramento, California, armed Robbery #2. Armed Robbery #2. Mr Brogorotto and Friends - Italian Man From Mino's Pizza and Latin Kid around 16 yrs. old Black Kid They called the Gay Bitch, #3. 2 Latin Men on Main St. in Elizabeth, NJ, unknown after I Filed a Lawsuit against US Senator NJ Democrat Robert Menendez, U.S. Senator Corey Booker was seen with Ms. Dawson, Latin Female unknown court clerk and her Black Man Boss Mr. Lane were after me Because They used Their cell phone in a US Federal Courthouse to call people who had committed felonies against Me. I saw Lee Cortez US Attorney in NEwark, NJ. on his cell phone at US Federal Courthouse. He came outside. He was the criminal with US Marshall White Man MATTHEW and Black Man unknown US Marshall who refused to let me in the US Courthouse because I caught the 2 US Marshalls breaking the Law and committing Felonies against Me. In Philadelphia at The US Attorney's office in 9/2019 I caught Black Man US Marshall McElwee + Mr Martin and his partner Mr. Ogo Sugb another Black Man US Marshall at The Entry who had illegally followed me with US Entry Clerk Black woman who said Christ white Man appeared he was a Jewish US Attorney. I had caught Black Man US Marshall McElwee and white Man US Marshall unknown with Black woman Christine and Black woman Mrs Hrotts Every year and Saw with Lee Ann McConnell a big criminal. Lee Ann McConnell and Her twin sister and cousin were Seen with Gary - unknown Black Man from North Carolina who attended Lee Ann McConnel's church in NC. I Seen Gary with drug dealers (Haseem Cotterdon (Black Man)), Ray Ann Cofie and Mr Noble - black gang next to central Park in Manhattan, New York in 2018.

(3)

NJ US Senator Corey Booker stated he was not going to Baby sit me to The Blonde white woman he was with MRS. DAWSON ROBBINS. I Saw Terry Cranberry talking to them and white Man Cop in Newark, NJ. Lee Cortez US Attorney came out of US Federal Courthouse while he had Robert MENENDEZ TWSL on this day. Latin woman and BOSS Black Man Mr. LANE were shared the Tapes of The and Britt Lewis conversation about Jeff Epstein and Tapes of Joe Sullivan and Kenny [illegible] Murder - Matthew [illegible] [illegible] [illegible] Saw The Tapes, In Phila. PA. Steve Cammarata [illegible]



Mr. Pucillow + STeve CARRAMunche – Phila Pa U.S. Fed court clerk

(#1) Destroyed Evidence into Vincent Croce vs. United States of America. Vincent CROCE STole around 16 Million dollars from Independence Blue Cross, with Larissa Labid and Mr. Labid and 4 others. Also 9 Members in The Mailroom were fired with Ties To The Mafia,

(#2) 8 Philadelphia, Pa. Cops and The 911 operator covered up Millions of Dollars in crimes and were in on The Firebombing – (FOP) JOHN McNesbie + Mr Castillo

Covered it up.

1. Captain Doyle
2. White ITalian Man on McClellan St.
3. White Man Cop car #57
4. Black Man Cop Vallentine
5. Black Man Cop
6. 20's yrs Black Man cop unknown Answered 911 call.
7. 20's yrs old Black woman cop unknown Answered 911
8. 30's yrs old Latin Man cop

Scandle

☆ (#3) STeve CaRRAMunche – Took a bribe from The Philadelphia Phillies who illegally Made The entry court clerk and (#4) Maria – The courts ATTorney Girlfriend "Their Friend",

(#4) IT is illegal for The Phillies Owner Andy McFail, Mr. Montgomery, Mr. Wade, "Rubin Amaro – The Fired General Manager" to Make a Bribe with "STeve Carramunche" and Maria". They gave out Murder Information to The Phillies who broke Federal Law in This order.

- #1 Larry Bowa
- #2 Charlie Manuel The Manager and Manager Ryan Sandberg
- #3 Ryan Howard
- Traded 2016 — #4 Jim Rollins (Traded To LA Dodgers)
- Traded 2016 — #5 Chase UTely (Traded To LA Dodgers)
- Traded 2016 ★ — #6 Cole Hamels – (Traded To Texas Rangers) then Traded to Chicago Cubs
- Traded 2008 — #7 Brett Myers Traded
- Traded 2009 — #8 Pat Burrell Traded To San Francisco Giants
- Traded 2010 — #10 JASON Worth Traded To Washington Senators
- Traded 2011 — #11 Roy Oswalt
- Traded 2010 to Houston — #12 AJ Happ
- #12 Hunter Pence – ★ Traded 2013 Traded Bill Holl...
- #13 Vance Worley – criminal – Traded 2013 to The PIRATES
- #14 Kyle Kendrick – criminal Traded 2014
- #15

Pg 18 of
Pg 43
Pg 41 of

Britt Lewis Told Me She had my Spoken Me a Probable Cause Warrant.

12/2005 Britt Lewis Told Me To Plant The Recording device on The wooden ARM chair Next to Jeff Epstein's Bed. He Raped 33 47 underage girls.

The 2nd Electronic Bug was planted In Jeff Epstein's Bathroom on The Machine that Looked Like you'd find in a Dentist Office. IT was a Silver Button Shaped. In El Brillo Way in Palm Beach, FL.

In the 2nd Floor. IN THE wooden ARM chair Next to Jeff Epstein's bed In his Bedroom. Short

After On 12/2005 - The List in a Green Folder of all The girls Names and Adresses and Telephone Numbers That Jeff Epstein had sex with. Peach Flavored Toy Jelly a Bottle and a strap on Dildo and another Penis Dildo. "Jeff had taken it with him I could to get. the Green Folder that Britt Lewis and The Alarm Technician had Told Me about.

Jeff Epstein Payed Nadia MarcINkova to have Sex with underaged girls and he took pictures and They were On The walls in his house.

On 10/1/2005 Nadia MarciNkova had on STrap on Rubber Penises and She used dildo's on 16 yrs old girl on Jane Doe at 358 El Brillo way house in Palm Beach FL Epstein's ho

On 10/11/2005 Detectives Recarey and Dawson meet 18 year old Jane Doe Who had sex for 2 years with Jeff Epstein. Detective Recarey Report - Detective Recarey + Dawson meet me at 100 N. Ocean Dr. (Scott Rothstein Employee)

I Stayed at Bills Home. Jane Doe She would enter the house and get naked in his bedroom. She would start a back Massage. Then a Chest Massage on Jeff. Epstein then began to masterbate himself and at The Same time insert his Fingers in her vagina and masterbate her with his Fingers. Jeff Epstein would then ejaculate. He would then use a vibrater/massager on her vagina until Jane Do climaxed. Jane Do stated that Jeff Knew her Real age was 16 yrs old when this started. Jeff Epstein advised her Never to tell anyone her real age. Next Epstein would instruct and pay Jane Doe to have intercourse with his Female Friend. Nadia MarciNkova. Jane Doe Explained the Intercourse Included using strap on dildos, large rubber penis and other devices that Epstein had at his disposal. Epstein would watch them have intercourse and masterbate himself. Occasionally Epstein would then join in during the Female and Female Intercourse and provide oral sex to both (Alison) and Marcinkova. Jane Doe Explained that Jeff Epstein penis was Shaped Like an Egg. Jane Doe stated Epstein would photograph Marcinkova and her naked and having Sex and displaye The Photographs in Pictures on walls In his home. Jeff Epstein on 1 occasion Raped Jane Doe by Forcibly Inserted his Penis In her Vagina. Jane Doe's head was held against The Table Forcibly as he continued to Pump Then he Let her Jane Doe Screamed NO and Epstein STOped. He Paid her one thousand dollar

Pg 18 of — Brett Lewis ... 2008

told me all of this was true about Jeff Epstein and Ghislaine Maxwell and Prince Andrew.

1/19/2015 (#1) Virginia Roberts Giuffre - Jane doe #102 - filed a Lawsuit against Jeff Epstein. Virginia stated that Ghisalaine Maxwell asked her to come to Jeff Epstein's home for the purpose of Massage.

(#2) Ghislaine Maxwell and Jeff Epsteins Motives and actions were Sexual. Jeff Epstein and Ghisalaine Maxwell Forced Virginia Roberts Giuffre to have Sex, which is Rape of a 15 year old girl in 1999. She was paid $200 dollars.

(#3) Virginia came back for several days following and did Sexual Acts for Jeff Epstein And Ghislaine Maxwell for $200 hundred dollars.

(#4) After Virginia did these Sexual acts Epstein and Maxwell promised Virginia Travel and an education. Epstein promised to Match her with a Wealthy Man and She would be set for Life. Virginia was a Sex slave and was abused.

(#5) Virginia started working exclusively for Jeff Epstein

★ He kidnaped Her when she was 15 years old without the permission of her parents. "This is The Mann Act". Thou shall not take a Minor of 17yrs or younger across State Lines without the written permission of their parents.

★ He Flew Virginia to Manhattan, NY, on his private JeT. To his Mansion and had Sex with her there. Zorro Ranch in New Mexico and Little St. Jeff Island in The Virgin Islands and Paris, France + England.

(#6) Virginia was trained to be a Sex Slave For wealthy Men with Lisa M. That Ghisalaine Maxwell was a Madam teaching Virginia how to please Men. They told Virginia to keep her mouth shut and they threatened her and Lisa M. Many times.

(#7) Epstein and Maxwell told Virginia they wanted her to produce information for them about performing sex on the Men. What they Liked and Report back to them. This was to Frame some of these people.

(#8) Virginia was a witness to alot of illegal activity and bad behavior by Jeff Epstein and Ghisalaine Maxwell and his friends. He scared Virginia with his friends in High places. This is Life Threatening. Jeff Epstein Has to Mafia Russian Mafia ...

1999-9/2002 (#9) Virginia was Raped from 1999 at 15yrs. old until 9/2002 when she was 18 yrs old. She had Sex with Jeff Epstein and his friends in New York, Manhattan, Santa Fe, New Mexico, Palmbeach, Fla, an Island in The Virgin Islands, and Paris, France and England.

★ (#10) Virginia stated when she was with Jeff Epstein she witnessed him having Sex with other Underage girls every day. Lisa M. ... doj

(#11) Jeff Epstein's Code word for Sex was a "Massage".

(Extortion) (#12) In addition to finding many underage girls for Epstein + Maxwell and their friend. He was Framing people in They would be in his pocket. Example Barry Krisher - States Attorney

AAFLS PALM Beach FL ... Black Man - Tracy - Patrick Maxwell - Kristy Santo - White Woman

(1) Anthony M. Nixon, Antwan Rio Thomas, Gold Tooth, Shannon Santo - (Sky)

#22 Britt Lewis told me in 12/2006 that Jeff Epstein had sex with over 30 underage poor girls, when I told this to [illegible] Greg Presmell this time I was shot at and this was around 12/29/06 in Winter Park, FL.

#23 Britt Lewis told me Ghisalene Maxwell was a Madam in 12/2006 during the 1st Look investigation in Orlando, FL.

#24 Ghisalene Maxwell was teaching poor underage girls [illegible] and Virginia Roberts to Rub her Boobs on Mens backs and other Massage techniques.

#25 Ghisalene Maxwell motivations and actions were sexual as were ★ Jeff Epstein's. Britt Lewis told me this in 12/2006 and that she was after me Ghisalene Maxwell and the Jeff Epstein Gang.

26. Britt Lewis my undercover Partner told me they would Lie to those (Lisa Me) underage girls and make false promises like trips to Foreign Countries and (Virginia Roberts). and promised them college Education which Ghisalene Maxwell and Jeff Epstein together had promissed many underage girls for the sole purpose of the 2 of them having sex together in a 3 Some.

★ 27 Britt Lewis told me Ghisalene Maxwell was a "switch hitter" she Liked Virginia Roberts + Liked gays and girls and that she had sex with Ghisalene Maxwell and Jeff Epstein together + Marty

28. Ghisalene Maxwell and Jeff Epstein were Framing people with these young girls to get them into his pocket in Manhattan, NY and

Palm beach, FL. 29 Jeff and Marty Epstein were partners in buying properties and Renting these properties to Foreign and International young Models who were underage for the purpose of having sex with them stated Britt Lewis

#30 Britt Lewis stated the French playboy Jean Luc Brunnell was directly in with the Epstein Brothers to find underage Models and have sex with them through his Now closed Modeling Agency.

#31 The US Government illegally wiretaped my phone while I was speaking to Britt Lewis about the Jeff Epstein gang and Team Pedafile. This was illegal and they almost killed me several times because of this illegal action.

#32 George Bush fired Attorney General Lafon Man - for Illegal wire Taps under the 1996 Revised FISA Law. (Foreign Intelligence Surveilance Act) This was Reported by The USA-Today-Newspaper and Reporter David Jackson.

28

★ #33 Around 2006 I was 1 of 27 people that won against the US Government and George Bush and Fired Lafon Man Attorney General of the US, my National Security advisor was Alexander Haig (General) and (CIA) Central Intelligence Agency Hyde Dusty Fago - (And a FAGO De Chao Restaurant Chain he used to slander me with Black Man Jimmy Davis of the CIA) who Recorded illegaly with Carrol + Steve Yulis My Family.

Connection #34 Jimmy Davis of the CIA bugged + Recorded conversations I had and My Mother + Sister had and Brother had with Steve and Carroll Yulis at their Home in Radnor, Pa. Fraternal Order of

★ [redacted] Police Attorney Frank Catanzara, Hugh Bracken LAW Firm used these Recordings to Frame My Dad, Me, My Mom + Sister + Brother + Family For 14 years Without Our Concent. (With Many Cops that Frank Catanzara + Hugh Bracken Brought in

Pg. 100 of 144

2005

Jeff Epstein - Home 358 El Brillo Way
West Palm Beach, FL. 33401

Jeff Epstein - Home 71st
Manhatten, NY

Formerly Leslie Wexner's home in 1989.

Jeff Epstein and Mark Epstein his brother brought property together 301 E. 66th Street, in Manhatten, Newyork.

Jeff Epstein + Mark Epstein and his Cantor - (Jewish Religion) were in with Team Predator the criminal gang.

(#1) Jeff Epstein

(#2) Ghislaine Maxwell

(#3) Mark Epstein

(#4) Nadia Marcinkova

(#5) Sara Kellen

(#6) Michele Tagliani

(#7) Leslie Wexner - Ohio Billionair - Owns The Limited, Victoria Secrets + Victoria Secrets Catalo[g]

OP (#8) Brian Vickers - (Nascar Driver) Married Sarah Kellen

(2003-2017) (#9) Mr. Phelps - (Nascar Mechanic) - My next door Neighbor 101 Media Line

(2003-2017) (#10) Mrs. Phelps - My Next door Neighbor - 101 Media Line Rd. Media Pa.

(2003-2017) (#11) Mrs. Phelps daughter - criminal Jogger on Rt 352 to Ridley Park in 7/2017

(1989-2019) (#12) Joe Campuszano - Century 21 in with Mr Phelps - My old Realtor and My Neigh[bor]

(1999-2019) (#13) Sue Campuszano - Victoria Secrets Manager Springfield, Pa. - 10 Felony Co[unts]

(2003-2019) (#14) Mr Gunther - Millionair - owns Gunther Mazda, Kia, and Volkswagen

(1993-2004) (#15) - Jeff Epstein's Handy Man - Jose Alesi - House Manager, driver and House Maitenance Man. He stated to Detectives girls were 16 or 17 years old giving Jeff Epstein Massages 3 times a day.

(11/2004)-(5/2005) (#16) Alfredo Rodriquez - The New Houseman - He stated to Detectives that Jeff Eps[tein] had 2 Massages a day by young girls. Most of them High school Age - 16 to 19 yrs old.)

#17. John Luc Brunel - French Playboy - He owned a Modeling agency and John sent models to

Jeff Epstein.

#18. Mrs. Light - Playboy Magazine

#19. Prince Andrew of England

#20. PARIS + Nicky Hilton and Hilton Hotels obstructed Justice for over 15 years

#21. Tommy Hilfiger obstructed Justice for over 15 years.

#22. ... Prado

131



Page of 49

Leslie harrassed Palm beach Police Chief Mike Reiter my Friend for Jeff Epstein.

(423) Leslie Wexner - Billionaire owner for Limited and Victoria Secret and Catalog. His employees at all Florida Malls and Sue Campasano Manager at Victoria Secrets in Springfield, Pa. was in my home Illegally for years.

Joe Campaszano

(424) Virginia Roberts stated that she had sex with Leslie Wexner when she was Underaged and this was backed up by Britt Lewis my Friend and ON federal court documents Bradley Edwards and Paul Cassell who Lied with Scott Rothstein Rosenfeldt Adler Law Firm

(425) Leslie Wexner - and Sue Campasano, Madalynn Campasano and Marie, Tommy, Joe and Marty Campasano with the Hells Angels Motorcycle gang, The Pagans Gang and Warlocks gang Members since 1980. MadaLynn Campasano + Hells Angels Boyfriend committed Felonies against me in Ventura, CA in 2016.

(426) BRAdley Edwards, Paul Casell all Lied back then to Break The NPO Agreement Non Prosecution Agreement written Partialy and Approved by The Government and Miami, FL. US Attorney office with Alex Acosta US. Attorney and his boss.

(427) The Government's agreement Reached and Approved by The Government and Miami, FL. US. Attorney office with Alex Acosta US. Attorney and his boss with Jeff Epstein and his 6 Law Firms. This was kept from 47 Little Underaged girls who could'nt Fight Back because They were poor. IT was illegal by Attorney Allen Dershowitz

(428) Barry Krischer and the States Attorney's office kept this secret from and Police Chief Mike Reiter and his 7 Detectives all My Friends with officer obstructed Justice

Mr. McClaughlin (429). I Met Detective Re Carry and his partner Sgt. Dawson in Front of Uncle Bill's Home on the Island in Palmbeach, FL. They called me "The Secret Agent!" Uncle Bill unknown white Man was best Friends and In with Scott Rothstein Law group. Scott Rothstein Met with him and an Italian Stripper For Breakfast Everyday at The Ritz Carlton Hotel in Palmbeach, FL

(430) Scott Rothstein was Having Sex with Italian Stripper who was In with The Joe Arce Gang "The Falcon" From Wilmington, Delaware a drug Supplier and Drug King Pin who Dealt Drugs with Suarez and Joaquin Guzman Loftus

Jerry Brett (431) Charlie Brett and Don Brett and Mike LaStrecca and Marie The Paralegal were all In with Joe Arce - and Perry, Al and Nick and Matt and Marissa Pinnuccio Since 2006-2017.

Prince Andrew participated in an Orgy with 9 Underage Girls and Virginia Roberts and Jeff Epstein & Another Time with Ghisalene Maxwell.

(#13) Prince Andrew had a Foot fetish with womans. Prince Andrew had sex with Virginia Roberts when she was 17 yrs. old. In Ghislaine Maxwell Apartment in 2001 in London England. Britt Lewis told me this Story Around 12/05.

(#14) In March 2011 — Sara Kellen is asked by Journalist - 1 from The Telegraph a British Newspaper and several others, "would you agree with me that Prince Andrew and Jeff Epstein used to share underaged girls for Sexual relations." Sarah Kellen is asked. Sarah Kellen's answer "On the Instructions of My Lawyer, I must invoke my Fith Amendment priveledge." Sara Kellen was Jeff Epstein's 1st Assistant, Sarah Kellen - Never Said No. Sara Kellen had Sex with Jeff Epstein. Sarah Kellen used to bring underage girls to Jeff Epstein for Sex.

(#15) In March 2011, Nadia Marcinkova is asked by Journalist - 1 from The Telegraph a British Newspaper and several others on the Same day at the same place "would you agree with me that Prince Andrew and Jeff Epstein used to share underaged girls for Sexual relations." Nadia Marcinkova is asked." Nadia Marcinkova answer "The Fifth" She stated. Nadia Marcinkova - Never Said NO. Nadia Marcinkova had Sex with Jeff Epstein and Some of The Underaged girls.

(#16) Michele Taylkent had Sex with Jeff Epstein. Used to bring Underage girls for sex to Jeff Epstein.

Magazine (#17) Vicky Ward attended a cocktail party for Jeff Epstein in October 2002 thrown by Ghisalaine Maxwell that Prince Andrew attended with very young Russian Models. Ward Said and wrote "Some of The guests were horrified."

★ (#18) Joe Campaszano was my old crooked Realtor who tried with Sue Campaszano a Victoria Secrets Store Manager to set me up with Victoria Secrets Employee This was extortion. I Never called 1 of those 14 woman who tried to Extort Me.

(#19) I gave The List of Those 14 woman to all of My crooked attorney's, who tried to Set Me Up

(#1) Bud Berman and Kyle Berman, Mr. Abb

Brian Carrigai Attorney (Collusion?) → (#2) Bill Machrides And Bill Sohchnty And Bill Habwichach

(#3) Joe MacIntosh

(#4) Tom Musi, Malone, Dwenberg

Al Pannecto Attorney (#5) Greg LaMonica Lawrence Welch (Conflict of Interest) and Collusion with Charles Renuto Jr + John Renuto both Mafia attorneys By Howard Andermouth, Ray Driscol

#6 Dennis Muir and Vincent Carrasela - Mafia

#7 Steven Devine (collusion + Fraud) (Charles Renuto)

#8 Murray Echols, Sparks, David Auerbach ★

#9 Harry Gerstmyer III

#10 Andy Sheehan + Lucas Nordmore

#11 Hugh Brightenny Fraud Cattanady Partner, Sheridan

#12 BRADY Edwards + Christine Lattmann Paralegal

#13.

(Pg. 2 3 of) "New Evidence"

Since 2006 Marie Mac David was in with Robert Cripstent The Wilmington, Delaware court clerk who had 4 Family Members in with Drug King Pin "Joe Arice" - "The Falcon" I Saw Marie Mac David was in with Brendan Brett & Richard Platt, "Marie" Paralegal Pam + Donna Secretary, Beth Shullers Luce Law Firm That I Fired In 2002 For Ripping Me OFF and Being in with drug dealer Joe Arice with Jr Daniel Brett, Robert Ventresca + Mike Lastrota. In 10/2019 I went to see Jr Daniel Brett and I asked him on Tape was he in with "Joe Arice". "Jr Daniel Brett Replied "yes I was." "Jr Daniel Brett" stated he knew everything about Joe Arice the drug dealer. Kathy + Jr Daniel Brett and his Catholic Monsignor were in with Joe Arice from 2002.

Jr Daniel Brett was Obominated in The 1st Look Investigation in Orlando, FL in 2006+2007. He ran To The Joe Arice gang and was in with them and was hitting on My civil Rights ever since then.

★ Marie Mac David was in with Crooked Havertown cops Dennis O'Donnel and officer Mac David and officer John Collins + Alice Marie Collins both obominated by the Feds. Mike Collins + Mike Hairston, and FBI Agent Mr Pagent From Pompano Beach FL. in with Marie Mac David and Crooked Attorney's Remy Vishery, Cox and Teti Law Firm Secretely in with Cheryl Brett. Cheryl Brett admitted to cheating on Me our 1st year of Marriage in 1989. with Rick unknown who was Married to Jen and had a Son John Paul. Cheryl Brett cheated on her 1st Husband Gary Lewis with him.

★★ My Proof - Rick The Unknown was obominated. He Then went to The Salvation ARMY in Daytona Beach, FL in 2017 and The whole Staff would not Let me In. Criminal Vincent Fumo's Female cousin was in this Salvation ARMY when I Caught her and her boyfriend Jogging in 2016 in Ventura, California on The walking Path next to the Beach. Mr. Pace a friend of Rick was obominated and Amber's Cousin was Obominated and they all went to The Salvation ARMY in Daytona Beach, FL. with Christine Sable's Cousin 40's yrs old at this time and her daughter around 20's yrs old and Mr Gillespie - Brendan Brett's Lookalike Cousin.

IN 9/2020 I saw Marie Mac David's Cousin Jogging around 30's yrs old and Right Behind her was "Marie The Paralegal" 20's yrs. old daughter Jogging on the Schuylkill River Trail with an Italian Man 20's yrs. old Named Mark Near Exeter, Pa. I Saw Brendan Brett's paralegal Marie's daughter in 8/2019 on the Schuylkill River Trail and Followed me To Sullivans Park with her girl friends and PA. Highway Patrolman Dan Curl - was There

In 12/2020 I would see 50's yrs. old Marie Mac David's Cousin Jogging Past the Palm Beach FL. Police Station committing a Felony against me.

B4B Long Lake

White woman FL LHFT54 Fox Cave Med Sqr Temple Bay

Ramblen Wine Croce

Friday 1/22/21

4:30 AM

Michele Carabe 50 yrs old Female Cousin with glasses

MAS Car

White woman FL 26 17W Black Car

Hillsborough Sheriffs

White man FL LHFT54 Black car

(Howard Long) Hungry Howies Truck

(speeding) Hillsborough Sheriff Cop car both ways

2 white men Sheriffs Hillsborough

FL Black Man in Silver car

Food out of Dumpster

White man FL ERRD22 Grey Car

Black Man FL IRN152 Car

Criminal on cell phone White woman FL GATN30 Silver Car

Smoking White Man FL LLB C63 White Truck at Mitsubishi Motors New cars

Complete Landscaping

50 yrs old Black Man - Friend of Vernon Green

40 yrs old White Man - MRG Stone

Florida Ave 11333 - MASeratti - White Man FL Silver car

California Arkansas Truck FL [illegible] White Truck

10503 Lincoln Parks N Florida Ave Tampa, FL 33612

Gangster Car Parents FL N3e M04

Red Truck Black Man Allied Roofing FL N4412

(Red) Simpson

Pelican Air

(Red) Simpson

FL Boy White Truck

JDP

of Michele Carabe 50 yrs old White woman Cousin with glasses on

Mark [illegible] White woman Florida

Black woman with Green Bay Chad Chronister Sheriffs Hillsborough FL 33613 - Downtown

White Man FL 2896BX White Truck

Black Man FL DRGB53

White Man FL XB792 grey car

Latin Man on cell phone FL LHBL15 Black car

FL NPG N19 Silver

Black Man FL 6410QS Red car

FL IQX A80 Silver car

Black Man Ryder - Truck

Black Man FL 814 8BJ Red car

Black Man FL PGUW54 Black car

(Blue) Hart Bus

Tyson Hollup Elevator

(Green) Preedom

Criminal 2 white men L+L FL 923 QLP Fire protection

L+L Fire protection

Red Brother

Black Man FL GJTU63 Black car Fireman on cell phone

Black Man AH1406 Truck

Latin Man FL JAT 210 Blue Truck with Latin Man on 10 speed Black Bike

50 yrs old White woman glasses criminal cousin Michelle Carabe Cousin

White Man Nurse outfit 20 yrs.

Dothan General Store
856 S. Broad St
Brooksville Fl 34601
Red Jackson Truck
White woman
Silver Car
White man JMF
Black Car
Recreational Vehicle
Blue Ferguson Lighting
Red H47 Jackson Truck
Kearney
UHaul
McDean
Brusell
Red Jackson Truck
Tampa
Friday 1/22/21
Opposite
Friday 1/22/21
Red Cathy Tanker
White woman
White Car
Hillsborough Sheriff
Whiteman with Glases
Sheriff Depa
Whiteman Budget Oklahoma
Century 21
Hillsborough Blvd
Silver car
Century 21
Blue Car
US Mail
Red SCA Truck
Blue Egglands Best
White Curry Tanker

5100 N Florida Ave Tampa FL 33603
Tampa Bay, FL
Friday 1/22/21

7:00 AM Florida Ave opportunity
FL HSB477 Grey car
FL CVZ9274

Advance Auto Parts Latin Man FL BYPP60 Real Truck
J+L Truck

8443 Florida Ave
Fun Net (Cut Hut) Cut Hut Hazel Smith
White Man FL ZHH36 Sheraton
Latin Man FL 7773YR BT
Black Woman FL JCIH43 White Car
For Your Plumbing Solution Richard Sturgeon
Black Man FL EMJ C57 Red car
Black Man FL 867 VTZ
Black Man FL GNL 747

Republic Trash
Black Man FL GFG 442 Lays chips
Latin Man FL HSQ515 Black car
Black Man FL YOUVPH Black car
(Blue) Pest Control Lawn Termite
FL NVWN79 Black car
ADN Auto Repair
US Foods
White Man FL LIV T37 Silver car
White Man FL BTQ M+G Black car
WM FL Rebel D Black car
(Red) MORENO Truck
Act Cooper

GHA BM FL [illegible] — 56
White Man FL 9228YF
White woman FL XXAL88 Blue car

503 yrs old white Man criminal goes to war
4842 [illegible]

J+L Landscaping CAT Truck
Latin Woman FL QBVE71 grey car
My way Florida Ave 7:00 AM

Big White Truck FL
FL NOV556
FOAM Commercial
4872 Hillsborough School Dist
Blue Man FL FMCH32 Red car
Southern Foam Insulation
Hillsborough School Dist
LW FL Y92CTX BC
Son of a plumber
Big White Truck
BW FL Ban [illegible] Blue car

4101 Mrs Queen 60 3 yrs old Criminal

White Woman FL Y21 AAZ - White Truck
On Emily St Emily Lazada and Emily Cleaver are Criminal

Tampa Bay, Fla
Friday 1/22/21

8:00 PM
Florida Ave.
Opportunity

White Man FL QKRAG41 Black Car
FL NHPPLY Grey Car
Black Man FL LHFFDB Red Car

Black Woman FL BCMX54 grey car
Black girl In Black turtle Army 15 yrs old

On a Black Road Marion Olen

4101 Red Brew Brewing
Mrs Queen 60 3 yrs old

Martin Luther King Vocational [illegible]

Black Woman FL LHZ121
Latin Woman Staples FL MBWJ47
Black Woman FL PIFU33 White car
Orange CDT 2103
Summer Meals

White Man FL ZGTS

FL 2017ee Tulsa
Emily Lazada White Criminal FL Y21 AAZ White Truck

Canteen
FL CBGB03
At Culver
30 yrs old Criminal BM — Long Hair
BM FL HMFF83 gc
BW FL LHF049 gc
Teco Gas FL GEB522
Fed Ex

Black Leather Jacket 30 3 yrs. old Latin Man Jogging
Florida Ave Fulton

Black Man Sweeper Dept of public works
Columbus Ave 8:00 AM

Black Man FL DBVY87 orange car
E 7th Ave

[illegible] Across The



Latin Man ... 
and Time I
Seen Him Today - St Andrews Church
He was Looking for
Tampa Bay, Fla
Friday 1/22/21
9:00 AM
Morgan Aves
opposite way
Graham Heating
Black Man FL ASCT73 Black Car
White Man FL JLZJ84 grey car
White woman FL AZYR90 grey car
FL LOQW32
White Man FL V81 GLG Silver Truck
Ups
White Man FL IO5 ZDB White Truck
Back on Marrala Ave 5th St
FL MMV4243
FL Duckle Orange Car
Latin Man JJY A14 grey car
WM I145R62
Black Man FL W2 ... Grey Car
WM FL NVX H92 GT
BM FL BDY 130
White Man Thomas FL DML V30 Grey Van
WM 1543 City of Tampa
WM FL LenI74 Grey Car
White Man FL DBT H9A White car
Black Man I Peal Lease FL GBU A43
Mr Ashley ... WM 841-H49 Tampa
WM FL LXQ M18
WM FL NPV T48
Latin Man FL NDQ H26 White Truck
Smith Fence
Glen Tint
J.H. Sultan Plus
Rusty Smith Cousin 50 3 yrs old
MR Smith
Stay Hoss FL JDL A66
Red Signatures
FL 4QQ W27
Chicky Smith Cousin 30's yrs old
Graham Heating
My way 9:00 AM Morgan Ave
Black Man FL ... White Truck
Black Man FL ... White car
on Cell phone
2 Black Men FL PPBY38 Silver Car
B ... Black Man Car
Contractor FL 943 3CM

Tampa Bay, FL
Friday 1/22/21
Tampa St
10:00 AM
Opposite
1304 Roadmaster
White (FL) Lkre was White car
White man (FL) HNC 5239 Grey car
Buddy's Coffee
2591 Shell Line
White Man Porsche 253469 Indiana
Sarage Green Bay Parkway John Collins Male cousin 203 yrs old
2 White Men (PA) ZPP 0249
9 Wes Black Man (FL) H4Y065 Black Truck
(FL) TFPX73 Hillsborough County
BM (FL) DV3240Y WT
BM (FL) XMOT Green car
Morrow Street
Fit Meals
WM (FL) I74BWQ BC
White Woman (FL) I65ISY Grey Car
Act Coopedor
Jackson St
(Blue) HART 2093
White Man (FL) JC778 Clerk of Court
(FL) GTC 2T3
BM (NJ) par MXC
White Man (FL) LSF F10 Grey car
JVY (Blue)
(FL) H4XR94
Dominos Pizza
Con Serv (FL) 208 EYR
UPS
A507 WM (FL) PGD G03
Mem Stage Promos
QEH T0C
200 Madison St
Tampa Bay Police Station
WM (FL) 9V39FL - BC
Ladin Man (FL) NQAI38 Blue Car
(FL) 6569Y B BK
Tampa Bay Cop
203 Tampa Cop
(FL) QMF F04 Grey Truck
My Way
10:00 AM
(Red) European Wax Center
White Man (FL) Y07CGN White Truck
WM (FL) CND059 Blue car
White Woman 208 Tampa Cop Whiting St
Schwend (FL) QUWTUS
1320 Tampa Bay ... RASH
Schwend is gay around 30 yrs old
Orginal

(Pg. 24 of 25)

Grosso's Landscaping
Joe Miller
Ormond Beach, FL
Wednesday 4/8/19

Conklin Center
Cunningham Electric
Good Man Heating

Rt. 1 South
1:00 pm

ACH
Brighthouse Cable
USIC
★ Grosso's Landscaping
(Blue) Cornwell Tools
Lucky's Towing
(Red) AAA-Truck
Voltran Bus
Market Refrigeration
Cains Electric
Barton + Barton
Jeff's Heating
(PA) HVA 2411
Lantz Trailer
Watch em Grow Tree
One Blood
(PA) DUN 27
(FL) 258 YXA
FCR Construction
(Red) Epic
Watch em Grow Tree

Rt. 1 South

(FL) H85 OMY
(FL) I3 BY
(FL) [illegible]
(Red) Quality Air
(FL) BZL M90 SunoCo
Mass. 1113
★ (FL) AX DR55

(Latin Man on cell phone)

Daytona Wholesale Parts
Tennessee 350 ZFB
(FL) DCX 751
(FL) X01 4CI
(Red) Ramey's
(FL) X64 95C
Clear Pools
Cast Corner
(FL) 85C CJI
(FL) PUL 5X
70 50 / Tover's
Cunningham Electric
Good man Heating
(FL) CMD I30

(Red) Auto Zone
(Red) UHaul
(Red) Dump truck

Rt. 1
1:00 pm
(White Man Jogging)

Evac #50 Ambulance
Blue Dump truck
Ormond Beach Corp
Florida Hospital
Brighthouse
~~Big White truck~~
Brighthouse
Voltran Bus
Food Supply
MSI
Schwaan Ice Cream
Environmental
Conklin Center
A-1 Service
East Coast
EIS
Mack
(Red) G[illegible]
79 Giles Electric